FILED
DEC 0 5 2024
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DISTRICT

UNITED STATES OF AMERICA
v.
Joshua Kyle McClurg

Criminal Case
no. 4:21-cr-00300

§2241 ORIGINAL PETITION
CHALLENGING CONDITION OF CONFINEMENT

TO THE HONORABLE COURT

Mr. Joshua Kyle McClurg respectfully request a copy of the §2241 standardize form adopted by this court to challenge the condition of over 900 days of continuous detention without a trial, presumptively prejudice and in violation of the due process that requires both Doggett and Lloyd enquiry and analysis. See UNITED STATES v. Lloyd, 125 F.3d 1263; Doggett v. UNITED STATES, 505 U.S. 647

Mr. Joshua Kyle McClurg do not have constitutional right to hybrid representative and it is presumptively prejudice such claim not pursue by the counsel on file, challenging the condition of confinement
Respectfully submitted this 28th day of November 2024
Joshua Kyle McClurg    Joshua Kyle McClurg

Joshua McClurg USMS#93656509
Fannin County Jail
2389 Silo Rd.
Bonham, TX. 75418

LEGAL MAIL
Nov. 20 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
WILLIAM M. STEGAR Federal building
211 West Ferguson Street, Room 106
Tyler Texas 75703



FANNIN COUNTY JAIL
OUT GOING MAIL